NUMBER 13-03-064-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

STEPHEN A. SCALES,                                                       Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 337th District Court of Harris County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, STEPHEN A. SCALES, attempts to appeal a conviction for indecency
with a child. The trial court has certified that this “is a plea-bargain case, and the
defendant has NO right of appeal.” See Tex. R. App. P. 25.2(a)(2).
         On January 26, 2004, this Court notified appellant’s counsel of the trial court’s
certification and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.
         Counsel failed to respond to this Court’s order, and on March 25, 2004, the
appeal was abated and the matter was referred to the trial court for further
proceedings. The record of these proceedings was received on May 10, 2004. The
record of the proceedings below fails to establish either that the certification currently
on file with this Court is incorrect or that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. Any pending motions are denied as moot.

                                                                                 PER CURIAM

Do not publish. 
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed 
this the 26th day of May, 2005.